UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS WILLARD,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>AINSWORTH GAME TECHNOLOGY, INC.,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-01513-RFB-NJK<br><br>**Order**<br><br>**[Docket No. 19]** |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 19. To date, no response has been filed. With good cause appearing, the motion to withdraw as counsel for Plaintiff is **GRANTED**. *Id.* No later than **September 23, 2020,** Plaintiff Dennis Willard must file either a notice of appearance of counsel or a notice of intent to proceed *pro se*. The Court **INSTRUCTS** the Clerk's Office to update the docket with Plaintiff's address, as set forth on page 1 of counsel's motion, and to mail this order to Plaintiff.

　　　　IT IS SO ORDERED.

　　　　Dated: August 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge