1  KARYN M. TAYLOR, ESQ., Bar # 6142
   LITTLER MENDELSON, P.C.
2  200 South Virginia Street, 8th Floor
   Reno, NV 89501-1944
3  Telephone:     775.741.2185
4  Fax No.:       775.204.9158
   Email:         kmtaylor@littler.com
5
   Attorney for Defendant
6  AINSWORTH GAME TECHNOLOGY, INC.

7

8                       UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10

11 | DENNIS WILLARD,                        | Case No. 2:20-cv-01513-RFB-NJK
12 |                     Plaintiff,         |
13 | vs.                                    | **REQUEST FOR 30-DAY EXTENSION OF
14 |                                        | TIME TO FILE A PROPOSED DISCOVERY
   | AINSWORTH GAME TECHNOLOGY,             | PLAN; PROPOSED ORDER**
15 | INC., a Florida Corporation,           |
                                            | **[FIRST REQUEST]**
16 |                     Defendant.         |

17

       Defendant AINSWORTH GAME TECHNOLOGY, INC., by and through its counsel of
18
   record, hereby requests an extension of time to file a proposed scheduling order and discovery plan
19
   now due on **Friday, September 18, 2020,** pursuant to Honorable Magistrate Judge Nancy J.
20
   Koppe's Order of **August 18, 2020. [Doc #25]**. Defendant requests a 30-day extension until,
21
   **Monday, October 19, 2020,**[1] to file the proposed discovery plan.
22
       On **August 14, 2020**, Shelly M. Andrew, former attorney for Plaintiff Dennis Willard, filed a
23
   motion to withdraw as counsel. **[Doc. #19]**. On **August 24, 2020**, Judge Koppe granted Ms.
24
   Andrews' motion to withdraw as counsel and ordered that "...*By no later than 9/23/2020, Plaintiff*
25

26

27
   ---
   [1] Pursuant to FRCP 6(a)(1)(C), 30 days from Friday, September 18, 2020, is Sunday, October 18, 2020, and is extended
28 to the next non-weekend or holiday court day.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

*must file either a notice of appearance of counsel or a notice of intent to proceed pro se."* **[Doc. #28]**.

Since the current deadline of **September 18, 2020**, to file a proposed discovery plan occurs prior to the deadline of **September 23, 2020,** for Plaintiff to secure counsel or file a notice to proceed pro se, Defendant respectfully requests a 30-day extension of time until **Monday, October 19, 2020**, for the parties to file their proposed discovery plan.

This extension is sought in good faith and not for the purpose of delay.

Dated: August 26, 2020.

Respectfully submitted,

_____
KARYN M. TAYLOR, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
AINSORTH GAME TECHNOLOGY, INC.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2020

2.