UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS WILLARD,<br>　　　Plaintiff(s),<br>v.<br>AINSWORTH GAME TECHNOLOGY,<br>　　　Defendant(s). | Case No.: 2:20-cv-01513-RFB-NJK<br><br>**ORDER TO SHOW CAUSE** |

On August 24, 2020, the Court ordered Plaintiff to file a notice of appearance of counsel or a notice of intent to appear *pro se* no later than September 23, 2020. Docket No. 28. On September 2, 2020, the Court further ordered Plaintiff to file a certificate of interested parties no later than September 9, 2020, and cautioned Plaintiff that failure to comply with the Court's order may result in sanctions. Docket No. 33. On October 20, 2020, the Court ordered Plaintiff to contact Defendant's attorney no later than October 27, 2020, to confer on a joint proposed discovery plan. Docket No. 37. The Court again cautioned Plaintiff that "[f]ailure to comply with this order and the orders at Docket Nos. 28 and 33 by October 27, 2020, will result in a recommendation to the District Judge that this case be dismissed." *Id.* at 1. Plaintiff neither contacted Defendant's attorney nor complied with the Court's prior two orders. *See* Docket No. 38. Thus, to date, Plaintiff has failed to comply with three court orders. *See* Docket.

Plaintiff is hereby **ORDERED** to show cause in writing, no later than November 6, 2020, why the Court should not recommend dismissal of this case.

IT IS SO ORDERED.

Dated: October 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1